<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1949**

_____

KIMBERLY EVONNE BROWN,

Plaintiff – Appellant,

v.

OLD VINEYARD BEHAVIORAL HEALTH SERVICES,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:11-cv-01015-TDS-JLW)

_____

Submitted:  January 28, 2014        Decided:  February 11, 2014

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kimberly Evonne Brown, Appellant Pro Se. Julianna Theall Earp, SMITH MOORE LEATHERWOOD LLP, Raleigh, North Carolina; Elizabeth Brooks Scherer, SMITH MOORE LEATHERWOOD LLP, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Evonne Brown appeals the district court's order dismissing her complaint without prejudice for failure to state a claim and lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Old Vineyard Behavioral Health Servs., No. 1:11-cv-01015-TDS-JLW (M.D.N.C. June 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2